# UNITED STATES DISTRICT COURT
# DISTRICT OF OREGON

**UNITED STATES OF AMERICA**
Plaintiff,

v.

**WILLIAM WISE MOCK**
Defendant.

## JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)

**Case No.: 6:22-CR-00287-AB-1**

**USM Number: 10535-085**

Susan F. Wilk,
Defendant's Attorney

James Kilcup,
Assistant U.S. Attorney

**THE DEFENDANT:**

☒admitted guilt to violation of Mandatory Condition #3 of the term of supervision.

☐was found in violation of condition(s) _________________________ after denial of guilt.

The defendant is adjudicated guilty of the following offense(s):

| Violation Number | Nature of Violation | Date Violation Concluded |
|---|---|---|
| Mandatory Condition #3 | Failure to refrain from use of a controlled substance and failing to report for drug testing | August 6, 2026 |

The defendant is sentenced as provided in pages 2 through 2 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐The defendant has not violated condition(s) _________________________, and is discharged as to such violation(s) condition.

**IT IS ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States Attorney of any material change in the defendant's economic circumstances.

August 27, 2026
Date of Imposition of Sentence

Signature of Judicial Officer

Amy M. Baggio, U.S. District Judge
Name and Title of Judicial Officer

August 27, 2026
Date

## IMPRISONMENT

The defendant is hereby committed to the custody of the Federal Bureau of Prisons to be imprisoned for a term of **10 months**.

☒The court makes the following recommendations to the Bureau of Prisons:

1. That the defendant be incarcerated at a Level 3 Federal Medical Center for continuity of care for defendant's serious cardiopulmonary condition.

☐ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the custody of the United States Marshal for this district:

☐ at _____ on ______________.

☐ as notified by the United States Marshal.

☒ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

☒ before 2:00PM on October 26, 2026.

☐ as notified by the United States Marshal.

☐ as notified by the Probation or Pretrial Services Office.

| |
|---|
| The Bureau of Prisons will determine the amount of prior custody that may be credited towards the service of sentence as authorized by Title 18 USC §3585(b) and the policies of the Bureau of Prisons. |

## RETURN

I have executed this judgment as follows:

______________________________________________

______________________________________________

Defendant delivered on ____________________ to ______________________________

at ______________________, with a certified copy of this judgment.

______________________
UNITED STATES MARSHAL

By: ______________________
DEPUTY UNITED STATES MARSHAL

## SUPERVISED RELEASE

No further term of supervised release imposed.