Lynne B. Morgan, OSB #890994
lbmorgan@att.net
Attorney at Law
6312 SW Capitol Hwy. #443
Portland, Oregon 97204
503-706-7217

Kelsey R. Jones, OSB #143511
krj@krjdefense.com
Attorney at Law
333 SW Taylor Street, #400
Portland, OR 97204
971-243-9535

Attorneys for Defendant William Wise Mock

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF OREGON
PORTLAND DIVISION

UNITED STATES OF AMERICA,

Plaintiff, 6:22CR00287-1-AB

v.

WILLIAM WISE MOCK,

Defendant.

---

Mr. Mock is set for a hearing regarding his alleged violation of release conditions on Thursday, October 8, 2026, in front of the Honorable Judge Baggio. We acknowledge that Mr. Mock was already revoked for a ten-month sentence with no supervised release to follow.

**Release Violation Allegation**

The Court has indicated Mr. Mock is in violation of his release because of a new law violation. Mr. Mock is not prepared to admit he violated State law.

Shortly after his last court appearance, Mr. Mock was arrested by Polk County Sherrif's office for allegedly being involved with a stolen vehicle from the day before. Mr. Mock is adamant he did not know the vehicle was stolen— he explained to police that a third-party told him he had permission to use the vehicle which turned out not to be true. Mr. Mock's state attorney has located a witness

who supports his defense. He has entered a plea of not guilty and plans to take his case to trial, which is currently set for April 2027. When approached by police, Mr. Mock was cooperative and helped ensure the property was returned to its owner.

The Court has also expressed concern regarding Mr. Mock's positive urinary analysis result. At the last hearing, Mr. Mock estimated he used methamphetamine about 7 days prior. During his urinary analysis test, Mr. Mock acknowledged he may have used more recently. Only after looking at a calendar with his PO was Mr. Mock able to identify the day of his use which was consistent with his U/A result. Mr. Mock regrets any misunderstanding he created and is adamant he was not intentionally being untruthful to the Court.

**Disposition**

The Court previously sentenced Mr. Mock to a ten-month revocation. Mr. Mock is highly interested in serving his time in a Federal Medical Center. We currently do not have confirmation that BOP has received sufficient information to designate Mr. Mock to an FMC. It is possible there are additional records we may be able to provide to expedite this process.

In the meantime, Mr. Mock understands the Court is not likely to re-release him into the community. However, he is hoping for the opportunity to await his BOP designation at the Northwest Region Re-Entry Center where he can engage in treatment and attend his cardiac medical appointments. If Mr. Mock is not designated by the current date of October 26, 2026, Mr. Mock will seek an extension of his voluntary surrender date to ensure designation to an appropriate medical facility.

**Time Reduction**

Mr. Mock was in custody at the Polk County Jail from August 27th to September 30th when he transferred to the custody of the US Marshalls. He respectfully requests the Court consider this time in any possible reduction of the previously imposed ten-month sentence.

**Government's Position**

We reached out to the assigned AUSA regarding our position but are not aware of their position. USPO Araseli Romero indicated she is not likely to be supportive of Mr. Mock's request to await designation at NWRRC because of violations during his previous revocation cycle.

Respectfully Submitted,

*/s/ Kelsey R. Jones*
Kelsey R. Jones, OSB #143511
Attorney for William Mock